| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Brody, Anita B. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>07/01/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Board of Visitors, Columbia Law School |
| 2. | Trustee | ▨ Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 07/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Commonwealth of Pennsylvania-pension | $30,691.00 |
| 2. 2012 | TIAA CREFF | $73,472.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 07/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. - Dupont-common stock | B | Dividend | L | T | | | | | |
| 3. - National Asset Bank-common stock | | None | J | W | | | | | |
| 4. - Royal Palm-common stock | | None | | | Sold | 06/27/12 | J | | |
| 5. - Source Capital-common stock | C | Dividend | K | T | | | | | |
| 6. - Third Avenue Value Fund | E | Dividend | O | T | | | | | |
| 7. - Third Avenue Small Capital Fund-mutual fund | C | Dividend | M | T | | | | | |
| 8. - Third Avenue Real Estate Fund-mutual fund | D | Dividend | M | T | | | | | |
| 9. - Third Avenue Intl Value FD | B | Dividend | M | T | | | | | |
| 10. - Butler County PA - Bond | B | Interest | K | T | | | | | |
| 11. - JP Morgan TR II Money Market Fund | | None | J | T | | | | | |
| 12. Bank Accounts | | | | | | | | | |
| 13. Wells Fargo - bank accounts | A | Interest | L | T | | | | | |
| 14. Dime Savings-bank account | | None | J | T | | | | | |
| 15. TIAA Retirement | A | Interest | | | Distributed | 06/20/12 | L | | |
| 16. Manulife (formerly John Hancock Life) (Y) | | | | | | | | | |
| 17. ▩ Trust #1 | A | Interest | | | Closed | 05/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 07/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Third Avenue Small Cap Value Fund | | | | | Sold | 05/15/12 | M | | |
| 19. - Third Avenue Real Estate Value Fund | | | | | Sold | 05/15/12 | L | | |
| 20. - Third Avenue Intl Value Fund | | | | | Sold | 05/15/12 | M | | |
| 21. - Third Avenue Value Fund Inc | | | | | Sold | 05/15/12 | N | | |
| 22. - JP Morgan TR II Money Market Fund | | | | | Closed | 05/15/12 | J | | |
| 23. [ ] Trust #2 | E | Dividend | O | T | | | | | |
| 24. - Vanguard Federal Money Market Fund | | | | | | | | | |
| 25. - Vanguard Emerging Markets Stock Index Admiral Shares | | | | | Sold | 05/15/12 | L | B | |
| 26. - Vanguard Mid-Cap Index Fund Admiral Shares | | | | | Sold | 05/15/12 | L | D | |
| 27. - Vanguard Total International Stock Index Fund Admiral Shar | | | | | Sold | 05/15/12 | L | | |
| 28. - Wellington Fund Admiral | | | | | Buy | 05/15/12 | K | | |
| 29. | | | | | Buy (add'l) | 05/16/12 | M | | |
| 30. - Total Bond MKT Index Adm | | | | | Buy | 05/15/12 | L | | |
| 31. | | | | | Buy (add'l) | 05/16/12 | M | | |
| 32. - Total Stock Mkt Idx Adm | | | | | Buy | 05/15/12 | L | | |
| 33. | | | | | Buy | 05/16/12 | M | | |
| 34. IRA #3 | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 07/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard Total Bond Market Index Fund Admiral Shares | | | | | Distributed (part) | 01/05/12 | K | | |
| 36. | | | | | Distributed (part) | 06/29/12 | K | | |
| 37. - Vanguard Total Stock Market Index Fund Admiral Shares | | | | | Distributed (part) | 01/05/12 | K | | |
| 38. | | | | | Distributed (part) | 06/29/12 | K | | |
| 39. - Wellington Fund Admiral Shares | | | | | | | | | |
| 40. Education Account #1 | | None | L | T | | | | | |
| 41. - NH Portfolio 2018 (Index) | | | | | | | | | |
| 42. - NH Portfolio 2018 | | | | | | | | | |
| 43. Education Account #2 | | None | L | T | | | | | |
| 44. - NH College Portfolio (Index) | | | | | | | | | |
| 45. - NH College Portfolio | | | | | | | | | |
| 46. Education Account #3 | | None | L | T | | | | | |
| 47. - NH College Portfolio (Index) | | | | | | | | | |
| 48. - NH College Portfolio | | | | | | | | | |
| 49. Education Account #4 | | None | | | Closed | 07/09/12 | K | | |
| 50. - NH Portfolio 2012 (Index) | | | | | Sold | 07/09/12 | K | C | |
| 51. - NH Portfolio 2012 | | | | | Sold | 07/09/12 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 07/01/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Education Account #5 | | None | L | T | | | | | |
| 53. - NH Portfolio 2015 (Index) | | | | | | | | | |
| 54. - NH Portfolio 2015 | | | | | | | | | |
| 55. Education Account #6 | | None | L | T | | | | | |
| 56. - NH Portfolio 2024 (Index) | | | | | | | | | |
| 57. - NH Portfolio 2024 | | | | | | | | | |
| 58. Education Account #7 | | None | L | T | | | | | |
| 59. - NH Portfolio 2024 (Index) | | | | | | | | | |
| 60. - NH Portfolio 2024 | | | | | | | | | |
| 61. Education Account #8 | | None | L | T | | | | | |
| 62. - NH Portfolio 2021 (Index) | | | | | | | | | |
| 63. - NH Portfolio 2021 | | | | | | | | | |
| 64. Ameriprise Financial stock (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 07/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 13 - Wachovia is now owned by Wells Fargo.

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 07/01/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anita B. Brody**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544